**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01834-JLK

CARI L. BEEBE,

       Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.      APPEARANCES OF COUNSEL**

For Plaintiff:

Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
Telephone: 719/275-7591
FAX: 719/275-6165
rps@bresnan.net

For Defendant**:**

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Deputy Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.
405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

A.  Date Complaint Was Filed**: 8/3/09.**
B.  Date Complaint Was Served on U.S. Attorney's Office**: 8/17/09.**
C.  Date Answer and Administrative Record Were Filed**: 10/13/09.**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is
complete
and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims
or defenses.

**7.   OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.   BRIEFING SCHEDULE**

A.  Plaintiff's Opening Brief Due**:      1/11/10.**
B.  Defendant's Response Brief Due**:      2/11/10.**
C.  Plaintiff's Reply Brief (If Any) Due**: 2/16/10.**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

A.      Plaintiff's Statement:  Plaintiff does not request oral argument.
B.      Defendant's Statement: Defendant does not request oral argument**.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.      ( ) All parties have consented to the exercise of jurisdiction of a United States
Magistrate Judge.
B.      (X) All parties have not consented to the exercise of jurisdiction of a United
States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 2nd  day of November, 2009.

BY THE COURT:


<u>*s/John L. Kane*           </u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Rick P. Sauer 11/2/09**
Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
Telephone: 719/275-7591
FAX: 719/275-6165
rps@bresnan.net

**For Defendant:**

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**s/Debra J. Meachum 11/2/09**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov